**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Steven Lavour TWITTY, Defendant-Appellant.**

**No. 15-7744**

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2017

Decided: March 31, 2017

Steven Lavour Twitty, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Steven Lavour Twitty appeals from the district court's order denying his 28 U.S.C. § 2255 (2012) motion. He argues that he was improperly sentenced as a career offender. Twitty's claim is barred by *Beckles v. United States*, —— U.S. ——, ——, 137

---

S.Ct. 886, 197 L.Ed.2d 145 (2017). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*